## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

        **v.**                                    **Crim. No. 5:17-CR-18-1D**

**FRANCIS NDINGA MUINDI**

On April 15, 2016, the above named was released from prison and commenced a term of supervised release for a period of 24 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                           I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller                                /s/ Scott Plaster  
Jeffrey L. Keller                                       Scott Plaster  
Supervising U.S. Probation Officer            U.S. Probation Officer  
                                                           310 New Bern Avenue, Room 610  
                                                           Raleigh, NC 27601-1441  
                                                           Phone: 919-861-8808  
                                                           Executed On: January 2, 2018

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   **3**   day of   **January**  , 2018.

                                                                                 James C. Dever III  
                                                                                 Chief U.S. District Judge